■ F. BARBARA PAGE, Respondent, v ARNOFF MOVING AND STORAGE, INC., Appellant. [638 NYS2d 913] —Appeal by the defendant from an order of the Supreme Court, Dutchess County (Beisner, J.), dated December 5, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Balletta, J. P., Ritter, Altman and Hart, JJ., concur.